USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __11/10/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,

Plaintiffs,

-against-

TREMONT HOTEL, LLC, a New York for Profit Limited Liability Company

Defendant.

25 Civ. 7813 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 20, 2026, Plaintiffs, Juan Carlos Gil and Access 4 All Inc., filed a motion for default judgment as to Defendant, Tremont Hotel, LLC. *See* Mot., ECF No. 31. Plaintiffs submitted a declaration in supportof their motion, *see* Collange Decl., ECF No. 31-1, as well as a motion for attorney's fees, *see* ECF No. 32.

"A motion for default judgment will not be granted unless the party making the motion adheres to all of the applicable procedural rules." *Rouse v. Broadway & Cooper LLC*, 753 F. Supp. 3d 153, 167 (E.D.N.Y. 2024) (citation omitted). This requirement includes local rules. *See id.* at 167–68. Here, Plaintiffs did not file (1) "a memorandum of law" or (2) "a proposed order detailing the proposed judgment to be entered." L.R. 55.2(a)(2). Thus, the procedural prerequisites for the entry of default judgment have not been met. *See Rouse*, 753 F. Supp. 3d at 168.

Accordingly, the hearing scheduled for November 16, 2026, at 2:00 p.m. is ADJOURNED *sine die*. By **November 13, 2026**, Plaintiffs shall serve Defendant with a copy of this order and file certificate of service on the docket by **November 16, 2026**. By **December 10, 2026**, Plaintiffs shall re-file their motion for default judgment with a memorandum of law and proposed order.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ANALISA TORRES
United States District Judge